# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2021

## NO. 03-20-00402-CV

**Mainthia Technologies, Inc. and Hemant Mainthia, Appellants**

**v.**

**Recruiting Force, LLC d/b/a Recruit Veterans, on behalf of itself and derivatively on behalf of RVMTI, LLC, Appellee**

### APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the interlocutory order signed by the trial court on July 21, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.